IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHARLES EDWARD YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DES MOINES, et al,<br><br>    Defendants. | CASE NO:  4:18-cv-00089<br><br><br><br>MOTION TO WITHDRAW AS<br>ATTORNEY FOR PLAINTIFF |

**COMES NOW** Nathan A. Mundy, and hereby requests the court to enter an order allowing the undersigned to withdraw as attorney for the Plaintiff in the above-captioned case and hereby submits the following:

1. This lawsuit was filed as Nathan A. Mundy and Glen Downey as co-counsel in this matter.
2. At the time of filing the two attorneys were practicing together in the firm of Downey & Mundy, PLC.
3. The two attorneys mutually agreed to dissolve their joint practice, and are no longer practicing law together.
4. In dissolving their joint practice, it was agreed that Glen Downey would resume the representation of Charles Edward Young in this matter.
5. Due to the dissolution of the practice, and Glen Downey agreeing to resume the representation of Charles Edward Young, Nathan A. Mundy's appearance and participation in this case is no longer required.
6. The Court should enter an order allowing Nathan A. Mundy to withdraw from this case.

WHEREFORE, the undersigned hereby requests the Court enter an Order allowing the withdraw of his representation of the plaintiff in the above captioned case, and

that the clerk of court remove the undersigned from all notices and filings in this matter.

                         Respectfully submitted,

                         MUNDY LAW OFFICE, P.C.

                         *Nathan A. Mundy*
                         _____
                         NATHAN A. MUNDY (AT0009065)
                         317 6th Ave., Suite 1300
                         Des Moines IA 50309-1770
                         Telephone: 515-288-1552
                         Facsimile: 515-259-7599
                         E-mail: nathan@downeymundy.com
                         ATTORNEY FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9th, 2019,

I electronically filed this document with the Clerk of Court using the CM/ECF. system, which will serve it on the appropriate parties, or by mail.


Signature:_____/s/ Nathan A. Mundy_____

---