**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF DES MOINES, IOWA & DES MOINES POLICE OFFICERS CODY GRIMES, SEAN O'NEILL, PARKER DAY, & MATTHEW GALLAHER.<br><br>          Defendants. | No. 4:18-CV-00089-JAJ<br><br>**ORDER** |

**IT IS ORDERED** that Defendants' Motions for Summary Judgment are **GRANTED**. A memorandum order will follow within the next few days.

**DATED** this 12th day of August, 2019.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

1